USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 22, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LUIGI GIROTTO,** | |
| **Plaintiff,** | **21-cv-1969 (ALC)** |
| -against- | |
| **IL BISONTE USA, INC. ET AL,** | **ORDER OF DISCONTINUANCE** |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: July 22, 2021
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**